■ In the Matter of JEAN RECK, Respondent, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Appellants. — Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on February 27, 1984, unanimously affirmed, without costs and without disbursements, for the reasons stated by Ascione, J., at Special Term. (*See also, Becker v Huss Co.,* 43 NY2d 527.) Concur — Sandler, J. P., Asch, Bloom and Kassal, JJ.